Reed W. Larsen (3427)
Javier L. Gabiola (5448)
COOPER & LARSEN, CHARTERED
151 North Third Avenue, 2nd Floor
P. O. Box 4229
Pocatello, ID 83205-4229
Telephone: (208) 235-1145
reed@cooper-larsen.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| Estate of Jesus Madera, Maria Ibarra, Yessenia Madera, Karina Madera, Brianna Madera, and Azusena Madera,<br><br>Plaintiffs,<br>vs.<br><br>Bayer CropScience, L.P., a Delaware Limited Partnership, Bayer Corporation, an Indiana corporation, and Bayer AG, a German corporation,<br><br>Defendants. | Court File No. 4:15-cv-00274-CWD<br><br>**STIPULATION OF DISMISSAL OF BAYER AG AND BAYER CORPORATION** |

Under Federal Rule of Civil 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims against Bayer AG and Bayer Corporation *without prejudice*, with each side to bear its own costs. Plaintiffs will continue to pursue its claims against Bayer CropSciences LP.

DATED: September__, 2015

s/Reed W. Larsen
Reed W. Larsen (3427)
Javier L. Gabiola (5448)
COOPER & LARSEN, CHARTERED
151 North Third Avenue, 2nd Floor
P. O. Box 4229
Pocatello, ID 83205-4229
Telephone: (208) 235-1145
reed@cooper-larsen.com

|  | ATTORNEYS FOR PLAINTIFFS |
|---|---|
| DATED: September__, 2015 | s/John A. Bailey, Jr. |
|  | John A. Bailey, Jr.<br>**RACINE, OLSON, NYE, BUDGE & BAILEY, CHARTERED**<br>201 East Center Street<br>Pocatello, ID 83201<br>Phone: (208) 232-6101<br>Facsimile: (208) 232-6109<br>jab@racinelaw.net |
|  | **ATTORNEY FOR BAYER CROPSCIENCE** |

**Of Counsel:**\*
John Mandler, MN #427339
Shane Anderson, MN #386531
Ll. Rhyddid Watkins, MN#390514
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Facsimile: (612) 766-1600

\* Pro hac vice applications forthcoming